# INDEX OF EXHIBITS

**Exhibit 1**  A true and accurate copy of the 2014 Indictment

**Exhibit 2**  A true and accurate copy of the Criminal Judgment and the Forfeiture Order

**Exhibit 3**  A true and accurate copy of the foregoing registration from the U.S. Patent and Trademark Office ("USPTO") database

**Exhibit 4**  A true and accurate copy of the foregoing registration from the USPTO database

**Exhibit 5**  A true and accurate copy of the foregoing registration from the USPTO database

**Exhibit 6**  A true and accurate copy of the March 10 letter Tecumseh sent to KKC

**Exhibit 7**  A true and accurate copy of the March 17 letter Tecumseh received from KKC

**Exhibit 8**  A true and accurate copy of the May 11 letter Tecumseh sent to KKC