# **Exhibit 2**

A true and accurate copy of the Criminal Judgment and the Forfeiture Order

Case 3:14-cr-00240-JLS Document 198 Filed 05/20/16 PageID.762 Page 1 of 3

AO 245B (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2016 MAY 20 PM 2: 44
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
7th DEPUTY

UNITED STATES OF AMERICA

v.

PASHA INTERNATIONAL (4),
aka Pasha Tak,
aka Surnvx

**JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 14CR0240-JLS

JAMES VINCENT HAIRGROVE
Defendant Organization's Attorney

☐

THE DEFENDANT ORGANIZATION:
☒ pleaded guilty to count(s) 1 of the Superseding Information

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 50 U.S.C. §§1702 and 1705; 31 C.F.R., Part 560; 18 U.S.C. §981(a)(1)(c), and 28 U.S.C. §2461(c) | Conspiracy to export to embargoed country | 1 |

The defendant organization is sentenced as provided in pages 2 through __3__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant organization has been found not guilty on count(s) _____
☒ Count(s) 1 of the Indictment is ☒ are ☐ dismissed on the motion of the United States.
☒ Assessment: $400.00 imposed

☐ Fine ordered waived          ☒ Forfeiture pursuant to order filed  May 13, 2016 , included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

May 13, 2016
Date of Imposition of Sentence

_/s/ Janis L. Sammartino_
HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

14CR0240-JLS

AO 245E (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

Judgment—Page 2 of 3

DEFENDANT ORGANIZATION: PASHA INTERNATIONAL (4),
CASE NUMBER: 14CR0240-JLS

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

Three (3) years

## MANDATORY CONDITION

[X] The defendant organization shall not commit another federal, state or local crime.

[X] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

Pay a fine in the amount of $10,000 through the Clerk, U.S. District Court. Payment of fine shall be forthwith.

Until fine has been paid, the defendant organization shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

[X] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

14CR0240-JLS

AO 245E (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Continued 1 — Probation

Judgment—Page 3 of 3

DEFENDANT ORGANIZATION: PASHA INTERNATIONAL (4),
CASE NUMBER: 14CR0240-JLS

## SPECIAL CONDITIONS OF SUPERVISION

1. Submit corporate records and premises to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

14CR0240-JLS

Case 3:14-cr-00240-JLS   Document 192   Filed 05/13/16   PageID.756   Page 1 of 3

FILED
MAY 13 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PASHA INTERNATIONAL (4), <br> aka Pasha Tak, <br> aka Surnyx, <br><br> Defendant. | Case No. 14cr0240-JLS <br><br> ORDER OF CRIMINAL FORFEITURE |

    WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific property of the Defendant, PASHA INTERNATIONAL, aka Pasha Tak, aka Surnyx ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as proceeds of the violation of Title 50, United States Code, Sections 1702 and 1705, as charged in the Superseding Information; and

    WHEREAS, on or about November 12, 2015, Defendant pled guilty before Magistrate Judge Barbara Lynn Major to Count 1 of the Superseding Information, which plea included a consent to the forfeiture allegations of the Superseding Information, an agreement to entry of a $874,940.61 judgment against the Defendant in favor of the United States as a substitute asset for property or proceeds traceable to

1  the offense, and an agreement to pay the $874,940.61 judgment to the United States
2  prior to sentencing; and
3        WHEREAS, on December 11, 2015, this Court accepted the guilty plea of
4  Defendant; and
5        WHEREAS, the Defendant has paid to the United States the $874,940.61
6  pursuant to the terms of the Plea Agreement; and
7        WHEREAS, by virtue of the admissions of the Defendant set out in the Plea
8  Agreement and guilty plea, the Court determined that $874,940.61 (U.S. dollars)
9  represents the proceeds of the offense of conviction, that is, the violation of 50 U.S.C.
10 §§ 1702 and 1705, as charged in the Superseding Information; and
11       WHEREAS, by virtue of said guilty plea and the Court's findings, the
12 United States is now entitled to an Order of Forfeiture and a judgment in its favor
13 against the Defendant in the amount of $874,940.61, pursuant to 18 U.S.C.
14 § 981(a)(1)(C), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 and Rule 32.2(b) of the Federal
15 Rules of Criminal Procedure; and
16       WHEREAS, by virtue of the facts set forth in the Plea Agreement, the
17 United States has established the requisite nexus between the $874,940.61 judgment
18 and the offense; and
19       WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required
20 to the extent that the forfeiture consists of a money judgment;" and
21       WHEREAS, the United States, having submitted the Order herein to the
22 Defendant through its attorney of record, to review, and no objections having been
23 received;
24       Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
25       1. The amount of $874,940.61 paid by Defendant PASHA
26 INTERNATIONAL INC. is hereby forfeited to the United States pursuant to
27 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c);
28 //

2. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: May 13, 2016

HONORABLE JANIS L. SAMMARTINO
United States District Court Judge

- 3 -                                                                                       14cr0240