# **Exhibit 3**

A true and accurate copy of the foregoing registration from the U.S. Patent and Trademark Office ("USPTO") database

# United States of America
## United States Patent and Trademark Office

# AE

| | |
|---|---|
| Reg. No. 5,072,832 | Tecumseh Products Company (MICHIGAN CORPORATION)<br>5683 Hines Drive |
| Registered Nov. 01, 2016 | Ann Arbor, MI 48108 |
| Int. Cl.: 7 | CLASS 7: Electric compressors, compressors for commercial refrigeration and air conditioning applications |
| Trademark | FIRST USE 00-00-1960; IN COMMERCE 00-00-1960 |
| Principal Register | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| | SER. NO. 86-953,046, FILED 03-25-2016<br>ALICE MEDINA BENMAMAN, EXAMINING ATTORNEY |



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office